UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DR. PEPPER/SEVEN UP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:09-cv-53-SEB-WGH |
| ) | |
| ALICE J. SCHLEICHER, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: 03/05/2010

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Justin E. Endres
YOUNG LIND ENDRES & KRAFT
jendres@ylek.com

Richard A. Illmer
BROWN MCCARROLL LLP
rillmer@mailbmc.com

John Arthur Kraft
YOUNG LIND ENDRES & KRAFT
johnk@ylek.com

John Pegram
2001 Ross Avenue
Suite 2000
Dallas, TX 75201